IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WILFREDO SERVELLON MARTINEZ,
            *Petitioner*,

    v.

TODD M. LYONS, *et al*.,
            *Respondents*.

1:25-cv-01792-MSN-IDD

ORDER

Petitioner Wilfredo Servellon Martinez has filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention without bond in the custody of Immigration and Customs Enforcement ("ICE"). ECF 2. Upon consideration of the Petition, it is hereby

**ORDERED** that the Petition be and is filed; and it is further

**ORDERED** that the Petitioner IS NOT to be removed or transferred from this District for any reason without this court's permission; it is further

**ORDERED** that by 5:00 pm on Friday, October 24, 2025, Petitioner's counsel provide the Court with a proposed release plan which must include a fixed address should the petition be granted,[1] and Respondents SHOW CAUSE as to why the Petition should not be granted.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

/s/

Michael S. Nachmanoff
United States District Judge

October 17, 2025
Alexandria, Virginia

---

[1] Petitioner should redact personal identifiers or file those documents under seal.